IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RANDY GRAHAM ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 3: 22-cv-2077-JPG |
| ERIC WILLIAMS ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

This matter having come before the Court, and the Court having found petitioner failed to exhaust his administrative remedies,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Randy Graham's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is denied without prejudice.

DATED: March 6, 2023          **MONICA A. STUMP, Clerk of Court**
                              **s/ Tina Gray, Deputy Clerk**


Approved:    s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**